DOUGLAS, J., would find respondent in contempt.

*Tuesday, September 7, 1999*

## MOTION DOCKET

**99–1520. Henley v. Youngstown Bd. of Zoning Appeals.**
Mahoning App. No. 97CA249. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellants' motion for stay of court of appeals' judgment,

IT IS ORDERED by the court that the motion for stay be, and hereby is, dismissed as moot.

## DISCIPLINARY DOCKET

**98–2659. Disciplinary Counsel v. Mazer.**
On August 25, 1999, respondent filed an affidavit of compliance. The affidavit did not include the certificate of service required by S.Ct.Prac.R. XIV(2)(C). Accordingly,

IT IS ORDERED by the court, *sua sponte*, that respondent's affidavit of compliance be, and hereby is, stricken.